DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LAURA DRYSDALE,

Appellant,

v.

WILMINGTON SAVINGS FUND SOCIETY FSB not in its individual
capacity but solely as Trustee for BCAT 2020-3T; DAMON JAMES
DRYSDALE, a minor child under the care of his
natural and legal guardian KATHERINE DRYSDALE; and
KADENCE MONROE DRYSDALE, a minor child under the care of
his natural and legal guardian
KATHERINE DRYSDALE,

Appellees.

No. 2D2024-2835

————————————————

September 24, 2025

Appeal from the Circuit Court for Pinellas County; Patricia A. Muscarella,
Judge.

Ryan Fojo of The Ticktin Law Group, Deerfield Beach, for Appellant.

Brandi Wilson of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for
Appellee, Wilmgton Savings Fund Society FSB.

No appearance for Appellees Damon James Drysdale and Kadence
Monroe Drysdale.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.